IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01200-DME-KLM

OLIVER A. ROJAS,
DAISY ROJAS, a minor by her father and next friend, Guadalupe Rojas-Ramirez, and
NATALIE ROJAS, a minor by her father and next friend, Guadalupe Rojas-Ramirez,

    Plaintiffs,

v.

KENNETH A. ANDERSON,
NICHOLAS WILSON, and
PAUL SKATTUM, in their individual and official capacities, and
CITY OF NORTHGLEN, a municipality,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendants' **Unopposed Motion for Entry of Stipulation and Protective Order** [Docket No. 19; Filed September 16, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [Docket No. 19-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: September 19, 2011