**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:11-cv-01200-DME-KLM

OLIVER A. ROJAS,

      Plaintiff,

v.

KENNETH A. ANDERSON,
NICHOLAS WILSON, and
PAUL SKATTUM, in their individual and official capacities, and the
CITY OF NORTHGLENN, a municipality,

      Defendants.

---

**ORDER**

---

THIS MATTER comes before the Court on the Stipulation of Dismissal for the City of Northglenn [Doc. No. 34].

IT IS HEREBY ORDERED that pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), that all claims against Defendant City of Northglenn are dismissed with prejudice, with each party to bear his/its own fees and costs.

Dated this ___10th___ day of May, 2012.

BY THE COURT:

*s/ David M. Ebel*

U. S. CIRCUIT COURT JUDGE