**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01200-DME-KLM

OLIVER A. ROJAS,

       Plaintiff,

v.

KENNETH A. ANDERSON,
NICHOLAS WILSON, and
PAUL SKATTUM, in their individual and official capacities, and the
CITY OF NORTHGLENN, a municipality,

       Defendants.

---

**ORDER GRANTING MOTION TO AMEND/ALTER JUDGMENT
AND AWARDING COSTS TO DEFENDANTS**

---

       This matter comes before the Court on Defendants' Motion to Amend/Alter Judgment pursuant to Fed. R. Civ. P. 59(e), filed July 16, 2012.  (Doc. 43.)  The Court previously granted Defendants' Motion for Summary Judgment.  (Doc. 38.)  Defendants now seek an award of costs.  Plaintiff has filed no response to the instant motion, and the time to do so has now passed.  See D.C.Colo.LCivR. 7.1(C) (allowing 21 days after the service of a motion for a response).

       The Court may award costs of litigation to the prevailing party under Federal Rule of Civil Procedure 54(d)(1).  Whether or not to award costs "is within the court's sound discretion," but "Rule 54 creates a presumption that the district court will award the prevailing party costs."  Rodriguez v. Whiting Farms, Inc., 360 F.3d 1180, 1190 (10th Cir. 2004).  To deny costs to the prevailing party "is in the nature of a severe penalty and there must be some apparent reason to penalize the prevailing party if costs are to be denied."  Id. (quoting Klein v. Grynberg, 44 F.3d

1497, 1507 (10th Cir. 1995)).  No such reason being apparent, the Court hereby GRANTS Defendants' motion, and pursuant to Fed. R. Civ. P. 54(d)(1), the Court awards costs to Defendants as prevailing parties.

Therefore, the Court ORDERS as follows:

- Defendants' Motion to Amend/Alter Judgment (Doc. 43) is GRANTED;
- Defendants are awarded reasonable costs under Fed. R. Civ. P. 54(d)(1); and
- Defendants shall submit a Bill of Costs to the Clerk within 14 days of this Order, according to the terms of Local Rule 54.1 of this Court.

Dated this 16th day of August, 2012.

BY THE COURT:

*s/ David M. Ebel*
U. S. CIRCUIT COURT JUDGE